

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MARISA JUAREZ, | § | No. 08-23-00024-CR |
| Appellant, | § | Appeal from the |
| v. | § | 399th District Court |
| THE STATE OF TEXAS, | § | of Bexar County, Texas |
| Appellee. | § | (TC# 2018CR13513B) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF SEPTEMBER 2023.

LISA J. SOTO, JUSTICE

Before Rodriguez, C.J., Palafox, and Soto, J.J.